In the United States District Court
District Connecticut

Violet Seven
  vs
John Does
Jane Does
 &
unknown persons

Case No

OCT 4 2024 PM 2:39
FILED-USDC-CT-NEW HAVEN

# Motion To Seal Case

Plaintiff requests the court to seal this case from the public. Explanation in details of complaint. Eliminating Barriers to Justice Child Victims Violent sex crimes / Child pornography & exploitation & Domestic Terrorism

—Violet Seven
10/4/2024
(203) 613-1620