In The United States Federal District Court for Connecticut

Violet Seven

Vs.                                                        Case Number:

UNKNOWN PERSONS, et.al.

OCT 4 2024 PM2:39
FILED-USDC-CT-NEWHAVEN

Emergency Motion for Criminal and Civil Protection Orders, and Injunctive Relief

I.) IN SUPPORT OF THIS DESPERATE PLEA FOR PROTECTION AND JUSTICE; the plaintiff makes this "Important Announcement" to this honorable court;

1.)   The plaintiff has reason to believe the 9-11 attacks were/are related to the attached complaint, parts thereof. Attached statement regarding the issue.

2.) The persons employed by Intelligence who "Subjected The Plaintiff To Vehicle Ramming-Ran The Plaintiff Over With A Speeding Car From Behind As She Crossed The Street On Foot" more likely than not had this information when they carried out their crimes of "Domestic Terrorism" specifically targeting the plaintiff who is the great great granddaughter of Italy's King.

3.) In their violent extremism attack, the perpetrators/defendants did knowingly intend to interfere with federal investigations into the 9-11 attacks, as well as with the rest of the information contained within the attached complaint for relief.

4.) Regarding numbers 1.) and 2.); the plaintiff did not know this until July 2023.

5.) The plaintiff was born an American Citizen, in a United States Navy Hospital located at Camp Lejeune North Carolina. The plaintiff's father at the time of her birth was enlisted voluntarily as Active Duty United States Marine Corp. The plaintiff's biological paternal grandfather (now deceased) was a voluntarily enlisted United States Army Lieutenant World War 2/Pearl Harbor. The plaintiffs' maternal grandfathers were also voluntarily enlisted United States and Italy Military Officers, World War 2. The plaintiff has never resided outside of the United States of America until forced to flee to Canada as a Convention Refugee on April 23, 2022. The plaintiff herself has never traveled overseas nor has ever

had any overseas acquaintances. The plaintiff will offer American Citizens witnesses, documents such as medical, school, court records and other evidence in support of these facts.

## II.) IN SUPPORT OF THIS PLAINTIFFS REQUEST FOR EMERGENCY PROTECTION

1.) The plaintiff, Violet Seven is seeking this honorable court's issuance and order of an "Immediate Protection Order" from all of the defendants. The plaintiff is willing to submit herself to this court's honorable judgements and evaluations while this entire case is pending.

2.) Federal Rule of Civil Procedure 65 permits federal district courts to issue preliminary and permanent injunctions, and places no limit on federal courts' power to issue injunctions that require defendants to cease taking action. In this matter, the plaintiff is a surviving child (and as an adult) of crimes of physical torture, sexual torture, psychological torture, and surgical torture-crimes specified within this complaint committed by employees of the law enforcement system (includes intelligence-the plaintiff is a child victim of intelligence crimes, and the agency is responsible for the onset of Vehicle Ramming attacks as well as kidnappings, gang rape of a child in protective care, and medical and surgical torture. They have continued to stalk, harass, attack and otherwise intimidate the plaintiff from childhood through current day including interference with the rights to receive an education, obtain and maintain housing and employment, the right to be married, and the right to receive public benefits..the defendants have actively engaged in coercion to encourage the general public to stone the plaintiff since at least 1986.)

3.) The party seeking a preliminary injunctive relief must demonstrate: (1) irreparable injury in the absence of such an order; attached are police and hospital photographs depciting the plaintiff having been subjected to home invasions with violent rape and beating attacks by employees of intelligence, as well as police photographs of the plaintiff having been subjected to Domestic Terrorism in the form of Vehicle Rammings." At least 2 of the intelligence employees involved in the first attack are shown in the photos..

4.) In support of this respectful plea for protection this court will find evidence for the plaintiff-that the defendants have made more than several attempts on the plaintiffs life. Attached police and hospital photographs of the plaintiff having been subjected to Intelligence Crimes including but not limited to; Domestic Terrorism, Hate Crimes, Criminal Stalking, Vehicle Ramming (multiple counts), Surgical and Medical Torture, Rape and Gang Rape, Kindapping of an abused child who at the time was in protective custody kidnapped (multiple times) from her school and from federally funded state protective offices, multiple Counts of Genital Mutilation with no valid medical or religious purpose or consent, multiple counts of intentionally inflicted traumatic brain injurie of a child (and same adult) victim of violent crimes in need of emergency medical treatment, invasion of privacy-home invasions/violent break ins with rape-violent beatings-and attempted blinding/dismemberment (the injuries from this particular attack took an entire 9 months for the sweeling of the plaintiffs head and face to subside enough to be released from hostage status.) In addition, the defendants have repeatedly and intentionally subjected the plaintiff to severe facial and body disfigurement, including changing the plaintiffs nose, performing non consenting liposuction on the plaintiffs face and body for the (successful) purpose of intentional disfigurement, and surgically removing parts of the plaintiffs vagina including almost all of her labia and her "g spot"-legally defined as "surgical torture and medical torture." The plaintiff has also been subjected to biological weapons attacks, and sonic attacks (twice in 2016 immediately after filing a complaint with US Homeland Security regarding the defendants responsible for the injuries depicted in the hospital photographs and the matters regarding the 1986 kidnappings, beatings, torture, gang rapes while dying, and criminal stalking by the defendants and their family members and friends and relative law enforcement, intelligence, gangs, and social groups since.)

5.) (2) that the threatened injury to the moving party outweighs the harm to the opposing party resulting from the order; the defendants began subjecting the plaintiff (and her minor child) to multiple counts of Domestic Terrorism by Vehicle Rammings in 2008-when the plaintiff filed a lawsuit seeking legal redress for severe injuries sustained in child protective custody. 1 year after running the plaintiff over (the first time) the defendants then beat and raped the plaintiff while she was sedated in an outpatient operating room. The plaintiff has no idea how many times she may have been beaten and raped in operating rooms, but does recall being subjected to being stabbed, raped, her body literally ripped apart from the inside out by a man who admitted "not being her doctor but was an intelligence body double" at the age of 16 after being raped and violently abused

while giving birth-while being deprived of oxygen and strapped down to a table by her hands, ankles, and chest while she screamed for help.

6.) The plaintiffs earliest memory of being subjected to "Surgical Torture" was at the age of 11 during what was supposed to be a "tonsillectomy." The hospital has no explanation for why the plaintiff (age 11) was numbed from the hips down, the hospital records do not reflect post surgical complications which the plaintiff almost died from, and the records do not reflect that the plaintiff received radiation therapy immediately after the surgery while still sedated. The plaintiff is a child survivor of the Camp Lejeune water poisoning, and notable to this court- in November 1983 no one had been notified that their water was being poisoned. Also notable, the same doctor performed the same unexplainable surgical events on the plaintiffs 12 year old female cousin, caused the death of the plaintiff US Army Lieutenant grandfather, and caused the death of the 12 year old cousin's brothers first born son at age 4.

7.) Whoever is responsible for all of these attacks-they also carried out a chemical weapons attack on the plaintiffs 8 year old cousin which left him in the ICU for an entire year-his skin falling off in sheets and bleeding from the eyes.

8.) The defendants have been breaking into her childhood home, her places of residence as an adult, her operating rooms and interfering with her medical care since childhood-with the last date of November 2019 being the last surgery and event of break in-surgical torture.

9.) The home invasions have included TDD Biotoxin underwear attacks-as Florida hospital labs discovered. The attacks also targeted the plaintiffs minor aged toddler-a breastfeeding child living alone with the plaintiff. The plaintiff has since been diagnosed with skin cancer.

Violet Seven  10/4/24
(203) 613-1620
50 Brewery St
New Haven Connecticut
06511